Case 09-14339    Filed 10/16/09    Doc 117

2009-14339
FILED
October 16, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002130193

**3**

T. SCOTT BELDEN, CSB NO. 184387
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
E-Mail: sbelden@kleinlaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

In re:

DAMON D. HOLIWELL and
CLARA L. HOLIWELL,

Debtors.

Case No. 09-14339-A-11

Chapter 11

DC No. KDG - 6

Date:     September 30, 2009
Time:     1:30 p.m.
Place:    Bankruptcy Court
          2500 Tulare Street, Dept. A
          Courtroom 11, 5th Floor
          Fresno, California
Judge:    Honorable Whitney Rimel

**FINDINGS OF FACT IN SUPPORT OF FINAL APPROVAL OF
DISCLOSURE STATEMENT AND CONFIRMATION OF SMALL
BUSINESS PLAN OF REORGANIZATION UNDER CHAPTER 11
OF THE BANKRUPTCY CODE DATED AUGUST 31, 2009**

I.    Introduction[1]

Confirmation of the *Plan of Reorganization filed by Debtors* filed by Damon and Clara Holiwell ("Debtors"), on August 31, 2009, (the "Plan"), came on for hearing on September 30, 2009, at 1:30 p.m. after notice to Debtors, the United States Trustee, all creditors and parties requesting special notice. T. Scott Belden, Esq., appeared on behalf of the Debtors and other appearances were made as set forth on the record.

---

[1] The Capitalized terms herein shall have the same meaning as set forth in the First Amended Plan of Reorganization filed on September 3, 2009.

00.DOC                                    1

RECEIVED
October 02, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002130193

The Court reviewed the Plan, the *Worksheets for Determining Acceptance of Plan of Reorganization* submitted by Debtors, the *Memorandum of Points and Authorities in Support of Confirmation of Plan of Reorganization Filed by Debtors*, the *Declaration of Damon Holiwell in Support of Confirmation of Plan of Reorganization Filed by Debtors*, the *Ballots on Plan of Reorganization filed by Debtors*, and considered the comments made on the record by counsel for Debtors.

After determining that copies of the Plan and the *Debtors' Disclosure Statement Dated August 31, 2009* conditionally approved by the Court had been served on Debtors, the United States Trustee, all creditors, parties in interest, and parties requesting special notice, makes the following findings as more fully described on the record at the hearing held on September 30, 2009:

II.  Findings of Fact and Conclusions of Law

1. the *Debtors' Disclosure Statement, Dated August 31, 2009* filed by Debtors on August 31, 2009 ("the Disclosure Statement") contains "adequate information" as required by 11 U.S.C. section 1125;

2. the *Small Business Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Dated August 31, 2009*, filed by Debtors on September 3, 2009 (the "Plan"), complies with the applicable provisions of Chapter 11 of the Bankruptcy Code and meets the requirements of 11 U.S.C. § 1129 as more fully described below;

3. The Plan has been proposed in good faith and not by any means forbidden by law;

4. Any payment made or promised by Debtors or the estate for the services or for costs and expenses incurred in connection with the case, or in connection with the Plan and incident to the case, have been disclosed to the Court;

5. A holder of a claim or interest of an impaired class that has accepted the Plan has, or will receive or retain under the Plan, property of a value, as of the Effective date of the Plan, that is not less than the amount that such holder would receive or retain if the estate was liquidated under Chapter 7 on account of such claim;

6. The Plan has been accepted by at least one class of claims impaired under the Plan excluding insiders of Debtors;

7. Confirmation of the Plan is not likely to be followed by the liquidation or the need for further financial reorganization of Debtors except as proposed in the Plan; and

8. All required Court and United States Trustee fees will be paid before the Effective Date of the Plan.

9. Notice of the hearing on final approval of the Disclosure Statement and confirmation of the Plan was adequate and, based upon the foregoing, good cause appears for the entry of an Order approving the Disclosure Statement and confirming the Plan.

10. The Court will issue a separate Order approving the Disclosure Statement and confirming the Plan and setting specified deadlines as set forth in the Plan.

**Respectfully Submitted By:**

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By /s/ T. Scott Belden
T. SCOTT BELDEN
LISA HOLDER,
Attorneys for Debtors,
Damon and Clara Holiwell

Dated:

Oct 16, 2009

United States Bankruptcy Judge